No. 71.  Mundet Cork Corp. v. New Jersey.  Supreme Court of New Jersey.  Certiorari denied.  *Conover English* for petitioner.  *Fred Herrigel, Jr.* for respondent.

No. 72.  Roles v. Earle, Collector of Internal Revenue, et al.  C. A. 9th Cir.  Certiorari denied.  *Thomas L. Gatch* and *David Pattullo* for petitioner.  *Solicitor General Perlman, Acting Assistant Attorney General Slack, A. F. Prescott* and *Carlton Fox* for respondents.

No. 73.  H. B. Zachry Co. v. Terry.  C. A. 5th Cir.  Certiorari denied.  *Maury Maverick* and *Chester H. Johnson* for petitioner.  *G. C. Mann* for respondent.

No. 78.  National Labor Relations Board v. Arthur Winer, Inc.  C. A. 7th Cir.  Certiorari denied.  *Solicitor General Perlman* and *George J. Bott* for petitioner. *Harry N. Wyatt* for respondent.

No. 82.  National Mutual Insurance Co. v. Liberty Mutual Insurance Co. et al.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Cornelius H. Doherty* and *Alfred L. Bennett* for petitioner.

No. 83.  Lichtenstein et al. v. Federal Trade Commission.  C. A. 9th Cir.  Certiorari denied.  *George E. Lindelof, Jr.* for petitioners.  *Solicitor General Perlman, Charles H. Weston, William T. Kelley* and *Robert B. Dawkins* for respondent.